UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) CASE NO. MJ22-573 |
| Plaintiff, | )<br>) |
| v. | )<br>) DETENTION ORDER |
| ENOC MARTINEZ LOPEZ, | )<br>) |
| Defendant. | ) |

Offenses charged:

1. Conspiracy to Distribute Controlled Substances

2. Distribution of Controlled Substances

3. Distribution of Fentanyl

Date of Detention Hearing:   December 1, 2022.

  The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which Defendant can meet will reasonably assure the appearance of Defendant as required and the safety of other persons and the

DETENTION ORDER
PAGE -1

community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against Defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant poses a risk of flight based on his significant family ties to Mexico, including a visit to Mexico within the last month. Defendant is a danger to the community because of the nature of the charged offense involving the seizure of large amounts of fentanyl powder, fentanyl pills, and cocaine found at his residence that he shares with his young children. The Court also notes material discrepancies between Defendant's statements regarding his finances, his residence, and his use of controlled substances and alcohol, and statements from his collateral contact and his treatment provider. Defendant allegedly committed the current offense while under Court supervision. Finally, the weight of the evidence in this matter is strong, based upon controlled buys, intercepted communications, and a search of Defendant's residence, which resulted in seizure of the above-described controlled substances and approximately $170,000 in cash.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from

persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 1st day of December, 2022.

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3